

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2014

No. 04-14-00488-CV

**IN THE INTEREST OF T.F., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02356
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant Thomas Faggan's motion to extend time to file brief is hereby GRANTED. Appellant's brief is due on or before November 19, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court